IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAROLD EDDINGS, JR., | ) |
| Plaintiff, | ) 2:20-CV-00370-CCW |
| v. | ) |
| RICHARD BOWER, MATTHEW GAVRISH, | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Local Rule of Civil Procedure 72.

On December 17, 2020, Magistrate Judge Kelly issued a Report (ECF No. 38) recommending that Defendants Richard Bower and Matthew Gavrish's respective motions to dismiss (ECF No. 29 and ECF No. 13, respectively) be granted. The Report and Recommendation was served on the parties and no objections have been filed.

After a review of the pleadings and documents in this case, together with the Report and Recommendation, it is hereby **ORDERED** that Defendants' motions to dismiss the complaint, ECF Nos. 13 and 29, are **GRANTED**, and the Magistrate Judge's Report and Recommendation, ECF No. 38, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 22nd day of January, 2021.

2

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

Cc: The Honorable Maureen P. Kelly
United States Magistrate Judge

Plaintiff Harold Eddings, Jr. via U.S. Mail

All Counsel of Record via CM/ECF